### * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.    9:06cv21 (GLS/DEP)

**RANDY HAMPTON,**

                          Petitioner(s),

        v.

**T.R. CRAIG,**

                          Respondent(s).

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Petitioner's petition be dismissed without prejudice, in accordance with the Decision and Order of the Hon. Gary L. Sharpe, US District Judge, dd 4/20/06.

_(signature)_
Clerk of Court

**DATE: April 20, 2006**

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK